# In the United States Court of Federal Claims

No. 13-503 C

(Filed October 9, 2013)

```
* * * * * * * * * * * * * * * * * * * *
THOMAS HARRISON,                     *
                                     *
              Plaintiff,             *
                                     *
       v.                            *
                                     *
THE UNITED STATES,                   *
                                     *
              Defendant.             *
* * * * * * * * * * * * * * * * * * * *
```

## ORDER

On October 8, 2013, defendant filed an Unopposed Motion For a Stay in Light of Lapse of Appropriations. Based on the lapse in appropriations to the Department of Justice as of September 30, 2013, the government requests "a stay of all deadlines in this case, including our response to the transferred Complaint, currently due on October 11, 2013, until Congress has restored appropriations to the Department." The government further requests that "all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations."

Accordingly, it is hereby **ORDERED** that:

(1)    Defendant's  Request for a Stay in Light of Lapse of Appropriations is **GRANTED**; and

(2)    Immediately upon restoration of appropriations to the Department of Justice, the parties shall **CONFER** and, as soon as practicable thereafter, shall **FILE** a **Status Report** setting forth an agreed upon deadline for the filing of defendant's response to plaintiff's transferred

complaint in this matter.

/s/Lynn J. Bush
LYNN J. BUSH
Judge