# In the United States Court of Federal Claims

No. 13-503 C

(Filed October 22, 2013)

```
* * * * * * * * * * * * * * * * * * * * * *
```
| | |
|---|---|
| THOMAS HARRISON, | * |
| | * |
| *Plaintiff,* | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| *Defendant.* | * |

```
* * * * * * * * * * * * * * * * * * * * * *
```

## ORDER

On October 21, 2013, pursuant to the court's order of October 9, 2013, the parties filed a Joint Status Report in this matter. Therein, the parties report that they have conferred and have agreed that defendant's response to plaintiff's transferred complaint shall be filed on or before October 25, 2013. Accordingly, it is hereby **ORDERED** that the Clerk's Office is directed to **LIFT** the stay in this matter; and defendant shall **FILE** the government's **Response** to plaintiff's transferred complaint, on or before **October 25, 2013**.

/s/Lynn J. Bush
LYNN J. BUSH
Judge